UNITED STATES of America,
Plaintiff–Appellee,

v.

Arturo ALARCON–ESTEVEZ,
Defendant–Appellant.

No. 05–50735.

United States Court of Appeals,
Ninth Circuit.

Submitted June 5, 2006.*

Filed June 9, 2006.

Becky S. Walker, Esq., USLA–Office of the U.S. Attorney, Los Angeles, CA, Brent G. Tabacchi, AUSA, USSA–Office of the U.S. Attorney, Santa Ana, CA, for Plaintiff–Appellee.

James H. Locklin, Esq., FPDCA–Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: CANBY, T.G. NELSON and KLEINFELD, Circuit Judges.

MEMORANDUM **

A review of the record and the opening brief indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). The Supreme Court's decision in *Almen-*

*darez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), remains binding on this court until the Supreme Court overrules it. *See United States v. Velasquez–Reyes,* 427 F.3d 1227, 1229 (9th Cir.2005).

Further, appellant concedes his claim that the district court erred in denying his pretrial motion that sought to exclude, under the Confrontation Clause, warrants of deportation documenting his prior removals from this country is foreclosed by this court's decision in *United States v. Bahena–Cardenas,* 411 F.3d 1067, 1075 (9th Cir.2005) (concluding that warrants of deportation are not "testimonial" in nature within the meaning of the Confrontation Clause).

Accordingly, we grant the government's motion for summary affirmance.

**AFFIRMED.**

UNITED STATES of America,
Plaintiff–Appellee,

v.

Geovani ANDRADE–RIVERA,
Defendant–Appellant.

No. 05–50936.

United States Court of Appeals,
Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

Submitted June 5, 2006.*

Filed June 9, 2006.

Becky S. Walker, Esq., Julie J. Shemitz, Esq., USLA—Office of the U.S. Attorney, Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Carlton Frederick Gunn, Esq., Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: CANBY, T.G. NELSON and KLEINFELD, Circuit Judges.

## MEMORANDUM **

A review of the record and the opening brief indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). The Supreme Court's decision in *Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), remains binding on this court until the Supreme Court overrules it. *See United States v. Velasquez–Reyes*, 427 F.3d 1227, 1229 (9th Cir.2005).

Accordingly, we grant the government's motion for summary affirmance.

**AFFIRMED.**

Rigoberto **TORRES–CONTRERAS**, Petitioner,

v.

Alberto R. **GONZALES**, Attorney General, Respondent.

No. 05–71965.

United States Court of Appeals, Ninth Circuit.

Submitted June 5, 2006.*

Filed June 9, 2006.

Martin Avila Robles, Esq., Law Office of Martin Resendez Guajardo, P.C., San Francisco, CA, for Petitioner.

Ronald E. LeFevre, Chief Counsel, Office of The District Counsel, Department of Homeland Security, San Francisco, CA, Andrew C. MacLachlan, Esq., DOJ—U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: CANBY, T.G. NELSON and KLEINFELD, Circuit Judges.

## MEMORANDUM **

Respondent's motion for summary disposition is granted because the questions

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.